MELISSA HOLYOAK, United States Attorney (#9832)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 325-3235

FILED
2026 JUN 17
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALOMON CASTRO-RAYON,<br><br>Defendant. | Case No.<br><br>INFORMATION<br><br>VIO. 8 U.S.C. § 1326<br><br>(REENTRY OF A PREVIOUSLY REMOVED ALIEN) |

Case: 1:26−cr−00037
Assigned To : Kimball, Dale A.
Assign. Date : 6/17/2026
Description: USA v Castro−Rayon

The United States Attorney charges:

COUNT I

On or about June 17, 2026, in the District of Utah,

SALOMON CASTRO-RAYON,

the defendant herein, an alien who on or about July 9, 2017, July 26, 2017, and July 25, 2018, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the

consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 17th day of June 2026.

MELISSA HOLYOAK
United States Attorney

FOR: ______________________________
JONATHAN STOWERS
Assistant United States Attorney